COLEMAN R. CHAMBERLIN, Respondent, v. ANTONIO CIRRINCIONE, Appellant.* — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Merrell and Martin, JJ., dissent and vote for reversal and a new trial upon the ground that the verdict is against the weight of the evidence.

WILLIAM A. McCOMBS, Respondent, v. NEONLITE CORPORATION OF AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of INTERBOROUGH RAPID TRANSIT COMPANY for a Certiorari Order against WILLIAM G. FULLEN and Others, Constituting the Transit Commission, Head of the Metropolitan Division of the Department of Public Service of the State of New York, and THE CITY OF NEW YORK.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

THE CITY OF NEW YORK, Acting by the Transit Commission, Metropolitan Division, Department of Public Service of the State of New York, v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

H. ROSENTHAL & Co., INC., Respondent, v. SOLOMON H. BLOCH, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of RICHARD REID ROGERS, Respondent, against THE AMERICAN TOBACCO COMPANY, a Corporation of New Jersey, Its Secretary, Assistant Secretary, Treasurer, Assistant Treasurer and President, and Other Officer, if Any, Who Has or Ought to Have the Custody of the Records of Said Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

35 CLARK STREET CORPORATION, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ETHEL R. RYSKIND, Respondent, v. MORRIE RYSKIND, Appellant.— Order reversed and the matter remitted to Special Term for oral hearing. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CELESTE BARBIERI, Appellant, v. WARREN H. LOWENHAUPT, Respondent. MARY BARBIERI, an Infant, etc., by CELESTE BARBIERI, Her Guardian ad Litem, and CELESTE BARBIERI, Plaintiffs, v. WILLIAM MOORE and Another, Defendants. — Order so far as appealed from modified by striking out the provision for the removal of the present guardian ad litem and appointment of the respondent in his stead, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of CHARLES W. WALTER, Respondent, for an Order Directing MARK HENRY SCHNEIDER, Appellant, an Attorney, to Turn over Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE W. ROBERTS, Respondent, v. FRANK N. HOFFSTOT, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

*Affd., 257 N. Y. 586.